UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE PAGUADA,
                      Plaintiff,

                      20 Civ. 9254 (LGS)

       -against-

                      ORDER

YIELDSTREET INC.,
                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Opinion and Order dated October 20, 2021, a proposed Civil Case Management Plan and Scheduling Order ("Case Management Plan") was due October 27, 2021.  (Dkt. No. 29.)

       WHEREAS, no such Case Management Plan was filed.  It is hereby

       **ORDERED** that by **November 1, 2021**, the parties shall file a Case Management Plan.

Dated: October 28, 2021
       New York, New York

                                           LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE